# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KEVIN A. NELSON-DISM AS TO KEVIN ONLY & NANCY K. NELSON   Case Number: 07-70532
904 WEST BAINBRIDGE COURT       SSN-xxx-xx-2125 & xxx-xx-1415
SANDWICH, IL  60548

Case filed on: 3/10/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,338.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KEVIN A. NELSON-DISM AS TO KEVIN ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DRAPER & KRAMER MORTGAGE CORPORATION | 29,014.12 | 0.00 | 0.00 | 0.00 |
| 002 | DRAPER & KRAMER MORTGAGE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FRIENDLY FINANCE | 16,851.39 | 16,851.39 | 547.32 | 709.48 |
|  | Total Secured | 45,865.51 | 16,851.39 | 547.32 | 709.48 |
| 004 | ALLEN MAXWELL & SILVER, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ANCHOR DENTAL CENTER LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CENTER FOR FOOT & ANKLE SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FAIRWINDS HOMEOWNERS ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FIRST REVENUE ASSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FOR KIDS ONLY INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HOGAN WALKER LLC | 266.53 | 266.53 | 0.00 | 0.00 |
| 016 | NICOR GAS | 800.31 | 800.31 | 0.00 | 0.00 |
| 017 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PRAIRIE HEALTHCARE LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SERVICEMASTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | VALLEY WEST COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | VERIZON CMR CLAIMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | AFNI/VERIZON | 203.47 | 203.47 | 0.00 | 0.00 |
| 025 | CAPITAL ONE | 1,795.35 | 1,795.35 | 0.00 | 0.00 |
|  | Total Unsecured | 3,065.66 | 3,065.66 | 0.00 | 0.00 |
|  | Grand Total: | 48,931.17 | 19,917.05 | 547.32 | 709.48 |

Total Paid Claimant:      $1,256.80
Trustee Allowance:        $81.20         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00           discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008           By  /s/Heather M. Fagan